UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.T.M., <br><br> Petitioner, <br><br> v. <br><br> TONYA ANDREWS, et al., <br><br> Respondents. | Case No.  2:25-cv-08208-SRM-DSR <br><br> **ORDER REQUIRING STATUS UPDATE** |

On September 24, 2025, the Court entered a preliminary injunction as to Respondents. Dkt. 39. Thereafter, Petitioner filed a Second Motion for Preliminary Injunction. Dkt. 42. Petitioner is ORDERED to file a status update in writing with the Court **on or before February 6, 2026**.

**IT IS SO ORDERED.**

Dated: January 30, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-